REDACTED COPY SEALED FILED

JUL 29 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: SA20CR0325 XR |
| Plaintiff, | § | **INDICTMENT** |
| | § | Ct. 1: 18 U.S.C. § 922(g)(1) |
| VS. | § | Felon in possession of a firearm |
| | § | Ct. 2: 18 U.S.C. § 922(d)(3) |
| RICK JAMES FUNARI (1) and | § | Disposition of firearm to a prohibited person |
| ▓▓▓▓▓▓▓▓▓▓▓ | § | |
| | § | |
| Defendants. | § | |
| | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 922(g)(1)]

On or about October 4, 2019, in the Western District of Texas, Defendant,

**RICK JAMES FUNARI,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Smith & Wesson, model SD9, 9mm pistol, serial number FBH1280, and a Remington model 760, .30-06 pump action rifle with a scope, serial number 282811, and the firearms had traveled in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
### [18 U.S.C. § 922(d)(3)]

On a date between August 15, 2019, and October 4, 2019, in the Western District of Texas, Defendant,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

knowingly disposed of a firearm, to wit, a Smith & Wesson, model SD9, 9mm pistol, serial number

FBH1280, to Rick James Funari, knowing and having reasonable cause to believe that Funari was then an unlawful user of or addicted to a controlled substance as defined in 21 U.S.C. § 802, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearms Violations and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1) (d)(3), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the foregoing criminal violations set forth in Counts One and Two, the United States of America gives notice to Defendants, of its intent to seek the forfeiture of the below described property upon conviction and pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

1. Smith & Wesson, model SD9, 9mm pistol, serial number FBH1280;
2. Remington model 760, .30-06 pump action rifle with a scope, serial number 282811; and
3. Any and all ammunition, and/or firearms accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
WILLIAM F. CALVE
Assistant United States Attorney